IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 4:24-cr-117 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| JAMAUGHNEE DUNCAN | ) | |

### ORDER GRANTING LEAVE OF ABSENCE

Counsel, JACK MORRIS DOWNIE, having filed his Motion for Leave of Absence and having served all parties thereto:

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates: April 22-25, 2025 & May 14-16, 2025 is **GRANTED.**

Signed this 13th day of February 2025.

_Christopher L. Ray_
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia